Alex and Pearl Levinson, appellees, v. Harry L. Tirsway, defendant.

Harry L. Tirsway for use of Alex and Pearl Levinson, appellees, v. Consoer, Townsend and Quinlan, Inc., appellant.   Gen. No. 38,729.

Opinion filed June 22, 1936.

Theodore A. Kolb, for appellant.   No appearance for appellees.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Loretta Drymiller et al., appellants, v. Albert W. Hilberg, appellee. Gen. No. 38,737.

Opinion filed June 22, 1936.   Rehearing denied July 6, 1936.

Alfred Roy Hulbert, for appellants.   John A. Bloomingston, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Hattie Greenberger, plaintiff in error, v. Barbara O'Neill and Henry Friedman, defendants in error.   Gen. No. 38,634.

Opinion filed June 29, 1936.

Edgar Bernhard, for plaintiff in error.   Robert E. Downs, for certain defendant in error; Joseph B. Lofton and William J. Gleason, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Frank C. Kuhn and Annie Bartels, appellees, v. Spiegel's House Furnishing Company et al., appellants.   Gen. Nos. 38,679, 38,680.

Opinion filed June 29, 1936.   Rehearing denied July 10, 1936.

Samuel A. Ettelson and Leonard B. Ettelson, for appellants; Samuel A. Ettelson, Edward C. Higgins, Leon R. Gross and Herbert A. Salzman, of counsel.   Miller, Gorham, Wales and Adams, for appellees; Amos C. Miller, Edward R. Adams and Herbert C. DeYoung, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.